SCHOONMAKER-CONNERS CO., Inc., Libelant-Appellee, v. NEW YORK CENT. R. CO., Respondent-Appellant.

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 273.

Appeal from the District Court of the United States for the Eastern District of New York.

Appeal from final decree in admiralty entered in the District Court for the Eastern District of New York.

Bigham, Englar & Jones, of New York City (Andrew J. McElhinney, of New York City, of counsel), for appellant.

William F. Purdy, of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (12 F.[2d] 314) affirmed, with costs.